# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL MACIO SAUNDERS, <br> Plaintiff, <br> vs. <br><br> 1. KING COUNTY, *ET AL.*, PROSECUTING ATTORNEY DANIEL T. SATTERBERG, ESQ., and JOHN AND JANE DOE DEPUTY PROSECUTING ATTORNEY'S, and; <br><br> 2. THE CITY OF SEATTLE, a Municipal Corporation, *ET AL.*, CHIEF OF POLICE JOHN DIAZ, and, JOHN/JANE DOE POLICE OFFICERS *ET AL.*. <br> Defendants. | CIVIL ACTION: <br><br> COMPLAINT FOR DAMAGES <br><br> JURY DEMAND |

COMPLAINT FOR DAMAGES/JURY DEMAND - 1

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

Plaintiff, Daniel M. Saunders, alleges as follows:

## I
## JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. §1983 for violations of the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, and various State and Common Law claims. Jurisdiction is conferred upon this court pursuant to 28 U.S.C. §1343 *et seq..*

2. There exists a common nucleus of operative facts as to Plaintiff's State and Federal claims. As a consequence, this court has pendent jurisdiction over the State claims pursuant to 28 U.S.C. §1367.

## II
## PARTIES

3. Plaintiff Daniel Macio Saunders is a resident of King County, Washington.

4. Defendant King County is a governmental entity with the right to sue and be sued in its own name and stead.

5. Defendant Daniel T. Satterberg is and was at all relevant times, the King County Prosecuting Attorney acting within the scope of his employment with King County.

COMPLAINT FOR DAMAGES/JURY DEMAND - 2

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

6. Defendants John and Jane Doe are and were at all relevant times, King County Deputy Prosecuting Attorneys acting within the scope of their employment with King County. The actions, inactions, and decisions of Defendants John/Jane Does were made with the knowledge, permission, and consent of their employer, and were made within the scope of their employment with the Defendant King County and at all times material were acting within the scope of their employment. Plaintiff is not aware of the true names of said John/Jane Doe Deputy Prosecuting Attorney's and their true names will be substituted when discovered.

7. Alternatively, Defendant City of Seattle is a governmental entity with the right to sue and be sued in its own name and stead.

8. Defendants John and Jane Doe Police Officers are employees of Defendant Seattle Police Department. The actions, inactions, and decisions of Defendants John and Jane Does were made with the knowledge, permission, and consent of their employer, and were made within the scope of their employment with the Defendant City of Seattle as police officers and at all times material were acting within the scope of their employment. Plaintiff is not aware of the true names of said John and Jane Doe Police Officers and their true names will be substituted when discovered.

COMPLAINT FOR DAMAGES/JURY DEMAND - 3

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

## III
## CLAIM FOR DAMAGES

9. A Claim for Damages was properly filed with the Defendant King County pursuant to Washington Law. More than sixty (60) days have elapsed since the filing of that claim. Attached hereto as Exhibits A is Plaintiff's claim for damages, which by this reference is incorporated in this Complaint.

10. A Claim for Damages was properly filed with the Defendant City of Seattle pursuant to Washington Law. More than sixty (60) days have elapsed since the filing of that claim. Attached hereto as Exhibits B is Plaintiff's claim for damages, which by this reference is incorporated in this Complaint.

## IV
## JURY DEMAND

11. Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands trial by jury.

## V
## BACKGROUND FACTS

### A.

12. On June 6, 2009, Plaintiff, Mr. Daniel Macio Saunders (Saunders) was arrested for investigation of Burglary and taken into custody in the King County Jail.

COMPLAINT FOR DAMAGES/JURY DEMAND - 4

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

13. On the next day, June 7, 2009, Mr. Saunders was brought before the King County District Court and charged by the King County Prosecutor's Office with Malicious Mischief, a misdemeanor.

14. On the next day, June 8, 2010, the King County Prosecutor withdrew those charges.

15. On June 10, 2009, at 5:59 p.m., Mr. Saunders, by court order - indicating the pending the filing of charges - was, forthwith, unconditionally released from the King County Jail.

16. The next day (June 11, 2009) - as directed by King County personnel upon his release - Mr. Saunders went to the evidence division of the Seattle Police Department to retrieve his belongings taken from him after his arrest and detention.

17. Upon Mr. Saunders arrival at the evidence unit, and after politely holding the door open, Mr. Saunders was approached by three Seattle Police Officers (Defendants) and immediately - and without warning from neither the attending police officer at the evidence unit, nor the three Seattle Police Officers, nor the King County Court, nor the King Count Prosecutor's Office – was seized by the Seattle Police Officers.

18. Mr. Saunders, as any reasonable person would, then, and therefore, became apprehensive as a result of the seizure of his person.

COMPLAINT FOR DAMAGES/JURY DEMAND - 5

19. Before Mr. Saunders could inquire, and without being told, (and in fact without having any notice or knowledge of any basis for such a seizure of his person,) Mr. Saunders was, thereupon, the recipient of a brutal and physical assault from all three Seattle Police Officers.

20. While already under the physical control of the three Seattle Police Officers, the assault proceeded to take the form of, and include, but not limited to, Mr. Saunders being:

(a) Violently thrown to the concrete floor head first causing a serious wound to his head, and;

(b) Then with the three Seattle Police Officers pressing the collective weight of their bodies onto Mr. Saunders, the assault of Mr. Saunders continued by the three Seattle Police Officers, who:

(c) With leather-clad fists, repeatedly struck Mr. Saunders to his head and body and;

(c) Repeatedly struck Mr. Saunders, (by one or more officers,) with their night-sticks/billy-clubs/batons, and;

(d) Repeatedly *Tazed* (electronic device designed to deliver an electronic current to the body and to debilitate,) Mr. Saunders.

Such was the physical, psychological and other harm inflicted upon Mr. Saunders that he then required immediate hospitalization.

COMPLAINT FOR DAMAGES/JURY DEMAND - 6

B.

[Running in a parallel time frame to the facts § A, *supra*:]

21. On June 10, 2009, at or before 4:16 p.m. - while Mr. Saunders was, and remained in the custody/detained one block away in the King County Correctional Facility in Seattle accessible by a sky-bridge - and without being brought to Court nor served - Defendants King County, Daniel T. Satterberg, Esq., King County Prosecuting Attorney, by and through the Deputy Prosecuting attorney(s) John and Jane Doe, created and *filed* with the court clerk an otherwise executed:

(a) *Information*, and;

(b) *Motion, Finding of Probable Cause and Order Directing Issuance of Summons or Warrant and Fixing Bail (Motion and Order)* - signed and granted by the Hon. Sharon S. Armstrong.

22. The Defendants' *Motion and Order* asked for nothing more than to have directed issuance of a summons or order fixing bail and/or conditions of release, and it was further ordered that the bail be fixed at $25,000.00 and that a no contact order issued at Mr. Saunders first appearance remain in effect.

23. The *Motion and Order*, moreover, ordered that Mr. Saunders - who before, during, and after the charges were filed and the order was *issued* and who

COMPLAINT FOR DAMAGES/JURY DEMAND - 7

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

remained in custody at the time - be advised of the amount of bail fixed by the court and/or conditions of his release.

24. Neither beforehand, nor at that time, did the Court nor the Prosecutors Office, (who had placed Mr. Saunders in their custody for investigation of the charges filed against him, rendering Mr. Saunders location entirely known and access unhindered to, and fully amenable to transport,) take any action whatsoever to request/order Mr. Saunders to be transported from their jail to their Court to be notified of the charges against him, nor that bail had been placed against him, nor that conditions of his release were imposed.

25. Many hours *after* being kept from appearing in Court and denied knowledge of the *filing* of charges against him, Mr. Saunders instead, was, therefore, lawfully and correctly released without conditions, and was not notified of any warrant or bail in existence to be held against him.

26. Without any change of circumstances or new allegation against him, nor any violation of a condition of his release, (there were none,) Mr. Saunders, nevertheless, had a Be-On-Look-Out order issued for his arrest.

COMPLAINT FOR DAMAGES/JURY DEMAND - 8

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

# VI
# CLAIMS AND CAUSES OF ACTION

## A.
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

27. Plaintiff, Mr. Saunders, re-alleges the previous paragraphs.

28. The actions of Defendants constituted intentional infliction of emotional distress.

29. As a result of Defendants' tortious conduct, Plaintiff suffered injury and severe emotional distress.

## B.
## ASSAULT AND BATTERY

30. Plaintiff re-alleges the previous paragraphs.

31. The actions of Defendants constituted assault and battery.

## C.
## FALSE ARREST

32. Plaintiff re-alleges the previous paragraphs.

33. The actions of Defendants constituted false arrest. Plaintiff was arrested via a warrant issued without a legal basis and color of authority, nor probable cause, and one that if it had any authority attached to it, was rendered void upon his release prior to his false arrest.

COMPLAINT FOR DAMAGES/JURY DEMAND - 9

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

## D.
## MALICIOUS PROSECUTION

34. Plaintiff re-alleges the previous paragraphs.

35. The actions of Defendants constituted malicious prosecution.

## E.
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

36. Plaintiff re-alleges the previous paragraphs.

37. The actions of Defendants constitute negligent infliction of emotional distress.

## F.
## VIOLATION OF 42 U.S.C. §1983

38. Plaintiff re-alleges the previous paragraphs.

39. Defendant Daniel T. Satterbert, and Deputy Prosecuting attorneys John and Jane Doe's conduct violated Plaintiff's civil rights under 42 U.S.C. §1983 because their actions violated the U.S. Constitution.

## G.
## COUNTY VIOLATED 42 U.S.C. §1983

40. Plaintiff re-alleges the previous paragraphs.

41. Defendant King County violated 42 U.S.C. §1983 when it showed a deliberate indifference to Plaintiff's rights and ratified the conduct of Defendant's Daniel T. Satterbert/John and Jane Doe. Further, it tolerated a pattern and practice of the County that violated the rights of citizens.

COMPLAINT FOR DAMAGES/JURY DEMAND - 10

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

42. As a result of Defendants' violation of 42 U.S.C. §1983 Plaintiff suffered injury, emotional distress, severe pain, humiliation, embarrassment, and diminished respect in the eyes of his peers and his subordinates.

## H.
## VIOLATION OF 42 U.S.C. §1983

43. Plaintiff re-alleges the previous paragraphs.

44. Defendant Police Officers John and Jane Doe's conduct violated Plaintiff's civil rights under 42 U.S.C. §1983 because their actions violated the U.S. Constitution.

## I.
## CITY VIOLATED 42 U.S.C. §1983

45. Plaintiff re-alleges the previous paragraphs.

46. Defendant City of Seattle violated 42 U.S.C. §1983 when it showed deliberate indifference to Plaintiff's rights and ratified the conduct of Defendant Police Officers John and Jane Doe's conduct. Further, it tolerated a pattern and practice of police officer's violated the rights of citizens.

## J.
## VII
## REQUEST FOR RELIEF

Plaintiff, Mr. Daniel M. Saunders, requests that the court enter judgment against each of the defendants/alternatively to the defendants as follows:

COMPLAINT FOR DAMAGES/JURY DEMAND - 11

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

(i) Awarding Plaintiff special damages in such amount to be shown at trial, and;

(ii) Awarding Plaintiff general damages in such amount to be shown at trial, and;

(iii) Awarding Plaintiff costs and attorney's fees, and;

(iv) Awarding Plaintiff punitive damages against both/alternatively Defendant(s) King County/Daniel T. Satterberg, Deputy Prosecuting Attorney's John and Jane Doe/City of Seattle/Seattle Police Officers John and Jane Doe and;

(v) Such additional relief which the Court finds equitable and just.

DATED this __9__th day of September 2010

Andrew L. Magee, WSBA #31281
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

COMPLAINT FOR DAMAGES/JURY DEMAND - 12

Andrew L. Magee, L.L.C.
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

# Claim for Damages
Alternative Format Available
See instructions on back.

**King County**

Department of Executive Services
Risk Management Division
Ph: 206-296-7432
TTY: 800-833-6388

This Box is For Official Use Only.

SPD IIS
2010 MAY 25 PM 2:32

County Claim Number / Clerks Date Stamp

**Name:** Daniel Macio Saunders
First, Middle, Last (or business name)

**Address:** No permanent address    Seattle    WA
(Home or business)    City    State    Zip

**Business Phone:** 206-389-1675 (atty)    **Home Phone:** —    **Message / Cell Phone:** 206-389-1675

**Date of Birth:** 7/20/63    **Email Address:** —

**Address at time of loss / incident:** 2815 E. Thomas St.    Seattle    WA    98112
Address    City    State    Zip

**Date of Incident:** June 11, 2009    **Time of Incident:** a.m.    **Amount Claimed:** $

**Location of loss/incident:** King County Correctional Facility (Seattle) (Jail); King County Courthouse; **Description of Details** (Describe how the loss / incident occurred): Seattle Police Dept. Evidence Unit

(Attach additional pages and supporting documents as needed.)

**King County's Involvement** (if possible, please identify employee and/or department involved):

Valiant Richey; Cindy Port; Dan Satterberg

**Witnesses** (please provide addresses and phone numbers):
(1) Valiant Richey / King County Pros. Off. / 206-296-9000
(2) Cindy Port / King County Pros. Off. / 206-296-9000
(3) Dan Satterberg / King County Pros. Off. / 206-296-9000

### Complete this section for Metro Transit claims.
**Route Number:**    **Coach / Vehicle Number:**    **Coach / Vehicle License Number:**
**I was a:** ☐ Bus Passenger  ☐ Pedestrian  ☐ Owner  ☐ Driver of Another Vehicle  ☐ Passenger in Another Vehicle
**Other (Describe):**

**Property Damage** (please describe the value and extent of the damage to your home, automobile or personal property. Attach estimates, bills or whatever documentation of damages you may have):

**Make:**    **Model:**    **Year:**    **License Number:**    **Insurance Name:**    **Policy Number:**

**Were you injured?** ☐ No ☒ Yes  If yes, then complete the following:
**Describe your injury** (Identify your doctors(s)/healthcare provider(s)):
As a result of my unlawful treatment/beating, I was taken to hospital

**Are you still receiving medical treatment?** ☐ No ☒ Yes    **Employer:**
**Wage Loss?** ☐ No ☒ Yes  If Yes, rate of pay: disability    **Type of work:**

" I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct."

May 17, 2010, Seattle, Washington    X _[signature]_
(Date and Place (City, State))    Signature

King County Electronic Claim for Damages Form (Rev 07/2009)

EXHIBIT A

**Andrew L. Magee, L.L.C.**
44th Floor
1001 Fourth Avenue Plaza
Seattle, Washington 98154
(206) 389-1675

May 25, 2010

City of Seattle
City Hall
600 Fourth Avenue, 3rd Floor

Re: Claim for Damages for Daniel M. Saunders

Dear City of Seattle:

      My name is Andrew L. Magee and I have been retained by Mr. Daniel M. Saunders to represent him in this claim for damages, and any/all matters relating to his claim and pending litigation. It is requested, therefore, that neither the City, nor anyone acting on the City's behalf have any contact whatsoever with Mr. Saunders or his family. Instead, it is requested that I be contacted with regards to any inquires/questions the City may have. Thank you very much.

                        Very truly yours,

                        Andrew L. Magee

*[Stamp: FILED CITY OF SEATTLE 2010 MAY 25 PM 2:21 CITY CLERK]*

**EXHIBIT B**

# City of Seattle
## CLAIM FOR DAMAGES

Note:
**Type or Print Legibly.**
See instructions on back.

**CITY USE ONLY**
CLAIM NUMBER
DATE FILED

**CLAIMANT**
NAME (FIRST – MIDDLE – LAST, OR BUSINESS NAME): Daniel Macio Saunders
DATE OF BIRTH: 7/20/63
HOME PHONE: 206-389-1675 (atty)
CURRENT HOME ADDRESS (NUMBER – STREET – CITY – STATE – ZIP): No permanent address / Seattle
BUS. PHONE:
HOME ADDRESS AT THE TIME THE CLAIM AROSE (NUMBER – STREET – CITY – STATE – ZIP): 2815 E. Thomas St., Seattle, WA 98112
CELL PHONE: 206-389-1675 (atty)
E-MAIL ADDRESS: andrew@mageelegal.com

**ACCIDENT/LOSS**
DATE: On or about June 11, 2009
TIME: @ a.m.

**LOCATION/SITE** BE VERY SPECIFIC: STREETS, ADDRESSES, etc.
King County Correctional Facility (Jail) / King County Court House, Seattle Police Dept. Evidence Unit

**DIAGRAM** Use if this will help you locate or describe what happened

FILED 2010 MAY 25 PM 2:21 CITY CLERK CITY OF SEATTLE

**WHAT HAPPENED?** DESCRIBE IN YOUR OWN WORDS HOW THIS LOSS OCCURRED AND WHY YOU BELIEVE THE CITY IS RESPONSIBLE. (additional space on reverse side or attach additional pages and supportive documents as needed)

Please see attached

**NAMES, ADDRESSES, AND PHONE NUMBERS OF ALL PERSONS INVOLVED IN OR WITNESS TO THIS INCIDENT** – To include, but not limited to:
1) Vincent Ricci / King County Pros. Off. Ph: 206-296-9000
2) Cindy Port / King County Pros. Off. Ph: 206-296-9000
3) Don Sutterberg / King County Pros. Off. Ph: 206-296-9000

CITY DEPT?
CITY EMPLOYEE
CITY VEHICLE NUMBER, LICENSE, etc.

**WAS YOUR PROPERTY DAMAGED?** (i.e. Home, Auto, Personal Property)
[X] YES  [ ] NO  IF SO, THEN FULLY DESCRIBE – SUCH AS AGE, MAKE, MODEL, CONDITION, VALUE, OR EXTENT OF DAMAGE (additional space on reverse side or attach additional pages and supportive documents as needed)

To include, but not limited to, my clothing was damaged as a result of my unlawful beating

**WERE YOU INJURED?** [X] YES [ ] NO IF YES, THEN COMPLETE THE FOLLOWING: (additional space on reverse side or attach additional pages and supportive documents as needed)
DESCRIBE YOUR INJURY (IDENTIFY YOUR DOCTOR(S)): I was taken to the hospital (~~Swedish~~) as a result of the unlawful beating

**WAGE LOSS** [X] YES [ ] NO IF YES, THEN RATE OF PAY: disability
KIND OF WORK: _____  EMPLOYER: _____

**AMOUNT CLAIMED** $ _____

**SIGNATURE OF CLAIMANT** (AND TITLE, IF A BUSINESS)

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct

EXECUTED this 21st day of May, 2010.
At Seattle / King County, Washington
X _[signature]_

This claim form must be signed by the Claimant, verifying the claim; or pursuant to a written power of attorney, by the attorney in fact for the claimant; or by an attorney admitted to practice in Washington State on the claimant's behalf; or by a court-approved guardian or guardian ad litem on behalf of the claimant.